UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                              Case No. 06-CR-273

JON BARTLETT,
ANDREW SPENGLER,
DANIEL MASARIK,
RYAN PACKARD,
RYAN LEMKE,

    Defendants.

---

ORDER PROHIBITING ELECTRONIC DEVICES IN COURTROOM

IT IS ORDERED that no electronic devices, including but not limited to, cellular phones, cameras, recorders, blackberries or personal digital assistants, shall be brought into Courtroom 222 or 225. Violation of this order shall constitute contempt of court and is punishable in accordance with law.

Dated at Milwaukee, Wisconsin, this 14th day of June, 2007.

                                        BY THE COURT

                                        s/ C. N. CLEVERT, JR.
                                        C. N. CLEVERT, JR.
                                        U. S. District Judge